UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMIE D. DORTCH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant,
_____/

Case No. 1:10-cv-245

HONORABLE PAUL L. MALONEY

## JUDGMENT

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date:  October 12, 2011

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District