UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMIE D. DORTCH,

    Plaintiff,

Case No. 1:10-cv-245

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

    Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.


Date: October 12, 2011                /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District